MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN (SBN 165823)
COURTNEY L. LANDIS (SBN 238503)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: jhemann@morganlewis.com
　　　　clandis@morganlewis.com

Attorneys for Hitachi Displays, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　v.<br><br>HITACHI DISPLAYS, LTD.,<br><br>　　　　　　　　　Defendant. | Case No. CR-09-0247 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR DEFENDANT HITACHI DISPLAYS, LTD.'S PAYMENT OF CRIMINAL FINE** |

The United States of America and Hitachi Displays, Ltd. ("Hitachi") hereby stipulate and agree that the deadline for Hitachi's payment of criminal fine should be June 15, 2009, in accordance with the terms of Hitachi's Plea Agreement for the following reasons.

1. The Plea Agreement provides that Hitachi shall pay its criminal fine of $31 million in full before the fifteenth day after the date of judgment.

2. The judgment in this matter was filed with the Court on Friday, May 29, 2009. The judgment states that Hitachi's criminal fine is due for payment on June 6, 2009.

3. Because fifteen days after the date of judgment falls on a Saturday, the parties agree that the deadline for Hitachi's payment of criminal fine is Monday, June 15, 2009. *See* Fed.

DB2/21134545.2

STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR DEFENDANT HITACHI DISPLAYS, LTD.'S PAYMENT OF CRIMINAL FINE, CR-09-0247 SI

| | |
|---|---|
| 1 | R. Crim. Proc. 45(a). |
| 2 | IT IS SO STIPULATED. |

DATED: June 2, 2009	MORGAN, LEWIS & BOCKIUS LLP

By  /s/ John H. Hemann
John H. Hemann
Attorneys for Hitachi Displays, Ltd.

DATED: June 2, 2009	UNITED STATES OF AMERICA

By  /s/ David J. Ward
David J. Ward
U.S. Department of Justice
Antitrust Division

IT IS SO ORDERED.

Dated: June 4, 2009

By _____
Hon. Susan J. Illston
United States District Court Judge